DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEREMY RICHARD JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-mj-200 DLB |
| Plaintiff, | DEFENDANT'S WAIVER OF PERSONAL PRESENCE; ORDER THEREUPON |
| v. | Date:  September 13, 2007 |
| JEREMY RICHARD JOHNSON, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Dennis L. Beck |

Pursuant to F. R. CRIM. P. 43 (b) (3), I hereby waive my right to be present in person in open court in the above-entitled case for any proceeding involving only a conference or hearing upon a question of law, including, but not limited to, the status conference presently scheduled for September 13, 2007 at 10:00 a.m. I request that the Court proceed during any of my absences, pursuant to this waiver.  I agree that my interests will be deemed to be represented at all times by the presence of my attorney, Carrie S. Leonetti, Assistant

///
///
///
///
///
///
///

Federal Defender, as if I were personally present.

DATED: September 8, 2007

/s/ Jeremy Johnson
JEREMY RICHARD JOHNSON
Defendant

APPROVED: September 11, 2007

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
JEREMY RICHARD JOHNSON

**ORDER**

The Defendant, Jeremy Richard Johnson, is excused from personal appearance at:

1. the status conference scheduled for September 13, 2007, and
2. all other hearings in this matter, except for any evidentiary hearing, trial, change of plea, or sentencing.

IT IS SO ORDERED.

**Dated:   September 13, 2007**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE