DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEREMY RICHARD JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-mj-0200 DLB |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; AND PROPOSED ORDER |
| v. ) | THEREON |
| ) | |
| JEREMY RICHARD JOHNSON, ) | |
| ) | Date: January 10, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Dept : Hon. Dennis L. Beck |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for December 20, 2007, may be continued to **January 10, 2008 at 10:00 a.m.**

   The continuance sought is at the request of defense counsel, in that defendant wishes to keep Ms.

///
///
///
///
///
///
///
///

Leonetti as his counsel, and will be present in Court on January 10, 2008 for a change of plea.

DATED: December 12, 2007         McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Mark J. McKeon
                                 MARK J. McKEON
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DATED: December 12, 2007         DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Carrie S. Leonetti
                                 CARRIE S. LEONETTI
                                 Assistant Federal Defender
                                 Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

Dated:   **December 13, 2007**              **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference Hearing          2